# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM CAMPBELL, individually, and on behalf of members of the general public similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: CV-12-07794 JAK (SH)<br><br>**ORDER GRANTING DEFENDANT BEST BUY STORES, L.P.'S EX PARTE APPLICATION**<br><br>Date:<br>Time:<br>Ctrm:     750 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

CASE NO. SACV 10-0689 CJC (SSX)
Order Granting *Ex Parte* App.

DB2/ 24205054.1

1     After consideration of the *Ex Parte* Application the Court hereby finds good
2 cause for the *ex parte* relief requested and **ORDERS** that in scheduling putative
3 class member depositions, Plaintiff Tim Campbell's counsel must:
4     (1)    accommodate the preplanned vacations of these individuals; and
5     (2)    take the depositions within 30 miles of the putative class member's
6 home.

**DENIED**
BY ORDER OF THE COURT

DATED: JULY 8, 2013

_____
Hon. Stephen Hillman
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23478215.1

1

Case No. SACV 10-0689 CJC (SSx)
Proposed Order Granting *Ex Parte* App.