# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM CAMPBELL; individually and on behalf of other members of the general public similarly situated;<br><br>        Plaintiff,<br><br>    v.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1 through 100, inclusive.<br><br>        Defendant. | Case No. 2:12-cv-07794-JAK-SH<br><br>**CLASS ACTION**<br><br>**JUDGMENT**<br><br>**JS-6** |

The Court, having granted final approval of the parties' "Amended Joint Stipulation of Class Action Settlement" ("Settlement Agreement") as set forth in the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, Costs and Service Enhancement Award (Dkt. 207),

**HEREBY ENTERS JUDGMENT AS FOLLOWS:**

1. The Court hereby enters judgment in the above-entitled action for Plaintiff Tim Campbell, Plaintiff Audax T. Bufete, Sr., and the Class Members identified on **Exhibit "1"** for the claims that were certified by this Court, including claims arising out of or relating to compensation for the first 30 minutes of drive time home in a Best Buy vehicle during the Class Period from March 22, 2008 through June 30, 2010.

2. The individuals identified on **Exhibit "2"** opted out and are specifically excluded from, and not bound by, this judgment.

3. The Court hereby retains continuing jurisdiction over the enforcement and administration of this class action settlement.

**IT IS SO ORDERED.**

DATE: April 18, 2016

                                              Honorable John A. Kronstadt
                                              United States District Judge

EXHIBIT 1

| ILYM ID | Name |
|---|---|
| CAM1 | Roberto Alatorre |
| CAM2 | Darren A Alexander |
| CAM3 | Alejandro Alfaro |
| CAM4 | Elijha R Anderson |
| CAM5 | John I Araiza |
| CAM6 | Carlos A Arce |
| CAM7 | Rafael A Arcinas |
| CAM8 | Daniel C Arendt |
| CAM9 | Edwin E Arucan |
| CAM10 | Hettan Babu |
| CAM11 | Thomas K Baldridge |
| CAM12 | Robert Bell |
| CAM13 | Jerry Bender |
| CAM14 | Audax T Bufete |
| CAM15 | Thang Q Bui |
| CAM16 | Richard C Burdick, Jr |
| CAM17 | Alem Cabaravdic |
| CAM18 | Reynaldo Cabrales |
| CAM19 | Luis A Cabrera |
| CAM20 | Mariela Camero |
| CAM21 | Tim L Campbell |
| CAM22 | Armando Carrera |
| CAM23 | Oro Castaneda |
| CAM24 | Nathan P Cerda |
| CAM25 | Kashimir S Cheema |
| CAM26 | Seung K Cho |
| CAM27 | Soong N Choe |
| CAM28 | Kwokman Chow |
| CAM29 | Kieu H Chung |
| CAM30 | Dale C Conner |
| CAM31 | Alexander H Consolacion |
| CAM32 | Clifton Constantine |
| CAM33 | Aron M Conte |
| CAM34 | Enrique Contreras |
| CAM35 | Ernesto E Cover |
| CAM37 | James C Daley |
| CAM38 | Tom Q Dang |
| CAM39 | Otgonbayar Dashgunsen |
| CAM40 | Mahisorn Dhummasuwan |
| CAM43 | Victor I Diaz |
| CAM41 | Efrem W Dickerson |

| | |
|---|---|
| CAM42 | Antonio Diniz |
| CAM44 | Jerry B Dumpit |
| CAM45 | Hac B Duong |
| CAM46 | Robert Fister |
| CAM47 | Ronald Florentino |
| CAM48 | Elias L Galicia |
| CAM49 | Arthur J Garcia |
| CAM50 | Mark E Garcia |
| CAM51 | Omar A Geronimo |
| CAM52 | Keith H Gless |
| CAM53 | Julio D Gomez |
| CAM54 | Cesario D Gonzales |
| CAM55 | Manuel Gutierrez |
| CAM56 | Philip J Guziar |
| CAM57 | Leonardo Guzman |
| CAM58 | Daniel R Hagerty |
| CAM59 | Aaron A Hanford |
| CAM60 | Jonathan H Hann |
| CAM61 | Juan E Hasbun |
| CAM62 | Brett Hayzelden |
| CAM63 | Laurie A Hemenes |
| CAM64 | Ronald G Hermes |
| CAM66 | Arturo C Hernandez |
| CAM67 | Javier Hernandez |
| CAM68 | Jose R Hernandez |
| CAM69 | Manuel Hernandez |
| CAM70 | Hopeton R Hutchinson |
| CAM71 | Baolong T Huynh |
| CAM72 | Thanh H Huynh |
| CAM73 | Jose D Jauregui |
| CAM74 | Clifford L Jessup |
| CAM75 | Eugenio U Jetomo |
| CAM76 | Antonio Juarez |
| CAM77 | John J Keefe |
| CAM78 | Yong W Ko |
| CAM79 | Jordan M Kohler |
| CAM80 | Jacob P Lagman |
| CAM81 | Tin T Lam |
| CAM82 | David Lara |
| CAM83 | Anthony W Lathrop |
| CAM84 | Pablo Leon |
| CAM85 | Hua Li |

| | |
|---|---|
| CAM86 | Yao Li |
| CAM87 | Robert P Lopez |
| CAM88 | Raymond D Lowery |
| CAM89 | James Lu |
| CAM90 | Ramon Maldonado |
| CAM91 | Leonard Mamola |
| CAM92 | Steve A Mancera |
| CAM93 | Fernando A Marques |
| CAM94 | Michael A Marsiano |
| CAM95 | Jose Martinez |
| CAM96 | Steve Martinez |
| CAM97 | Steve A Martinez |
| CAM98 | Thomas J McCollum |
| CAM99 | Clifford A Mcdonald |
| CAM100 | Patrick H Mcnern |
| CAM101 | Eddie L Mcwoodson |
| CAM102 | Cristopher M Meadows |
| CAM103 | Carlos A Medina |
| CAM104 | Michael J Mercalde |
| CAM105 | Keith A Miller |
| CAM106 | Raul E Molina |
| CAM107 | Kevin A Moore |
| CAM108 | Smael Morales |
| CAM109 | Pedro Moran |
| CAM110 | Lee C Morris |
| CAM111 | Raymond E Morris |
| CAM112 | Chris Mueller |
| CAM113 | Joe G Nevarez |
| CAM114 | Brandon Ng |
| CAM115 | Phuong M Nguyen |
| CAM116 | Robert J Oark |
| CAM117 | David Olivas |
| CAM118 | Elvis X Ontiveros |
| CAM119 | Marco V Ordonez |
| CAM120 | Benjamin Ornelas |
| CAM121 | Victor I Paguia |
| CAM122 | Albert Palacios |
| CAM123 | John J Pappas |
| CAM124 | Roger Pavon |
| CAM125 | Ricardo Pedroza |
| CAM126 | Luis A Perez |
| CAM127 | Oscar Perez |

| | |
|---|---|
| CAM128 | Ricardo R Perez |
| CAM129 | William G Peterson |
| CAM130 | My V Pham |
| CAM131 | Patrick Pomeroy |
| CAM132 | Manuel S Porcuna |
| CAM133 | Robert W Quilici |
| CAM134 | Kamal P Rajan |
| CAM135 | Carlos Ramirez |
| CAM136 | Ricardo A Ramirez |
| CAM137 | Rigoberto Ramirez |
| CAM138 | Alfredo Ramos |
| CAM139 | Jose G Rangel |
| CAM140 | Stephen I Reitz |
| CAM141 | Thomas W Resetar |
| CAM142 | Francisco Rivera |
| CAM143 | Rafael Rivera |
| CAM144 | Renae B Robles |
| CAM145 | Victor H Rodas |
| CAM146 | Eduardo Rodriguez |
| CAM147 | Hector Rores |
| CAM148 | Luis Salazar Jr. |
| CAM149 | Eric San |
| CAM150 | Jose Sanchez |
| CAM151 | Hausen Sanders |
| CAM152 | Dan Scott |
| CAM153 | Paul A Shalhoub |
| CAM154 | Dean W Shelton |
| CAM155 | Kwok C Shum |
| CAM156 | Rodolfo A Siliezar |
| CAM157 | Damon A Sims |
| CAM159 | Khachatur C Soulakhian |
| CAM160 | David R Sprague |
| CAM161 | Daniel J Stade |
| CAM162 | Aaron Stewart |
| CAM163 | Tim Stewart |
| CAM164 | James W Sullivan |
| CAM165 | John T Sveinbjornsson |
| CAM166 | Dennis C Taylor |
| CAM167 | Richard U Telles |
| CAM168 | Sean Thomann |
| CAM169 | Donna S Thompson |
| CAM170 | George D Tillis |

| | |
|---|---|
| CAM171 | Juan Torres |
| CAM172 | Don C Tran |
| CAM173 | Gary Tran |
| CAM176 | William Trias |
| CAM177 | Ricardo Trinidad |
| CAM178 | Edwin G Tuazon |
| CAM179 | Aruk Tunthasuwatana |
| CAM180 | Marlon Valencia |
| CAM181 | Chai Vang |
| CAM182 | Chue Vang |
| CAM183 | Fredc Vargas |
| CAM184 | Norman Vargas |
| CAM185 | Otoniel Vargas |
| CAM186 | Senad Velagic |
| CAM187 | Victor H Vera |
| CAM188 | Dennis W Viereck |
| CAM189 | Minh N Vu |
| CAM190 | Paul H Walker |
| CAM191 | Marlon A Watts |
| CAM192 | Paul B Wheeler |
| CAM193 | Alexander W Widjaja |
| CAM194 | Jorge A Wong |
| CAM195 | Robby G Wunderlich |
| CAM196 | Kou Yang |
| CAM197 | Gabriel Zamora |
| CAM198 | Andrew Zdanek |
| CAM199 | David L Zook |

EXHIBIT 2

| ILYM ID | Name |
|---|---|
| CAM36 | William V Cruz |
| CAM65 | Alfredo Hernandez |
| CAM158 | Jose J Soto |
| CAM174 | Ken V Tran |
| CAM175 | Loc Q Tran |